JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENT McMILLAN I, | ) | Case No. CV 13-616-JSL (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| LOS ANGELES COUNTY DCFS, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition, IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: April 17, 2013

*Spencer Letts*

_____
HONORABLE J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE